Andrew W. Stroud (SBN 126475)
astroud@hansonbridgett.com
Candice P. Shih (SBN 294251)
cshih@hansonbridgett.com
HANSON BRIDGETT LLP
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:     (916) 442-3333
Facsimile:     (916) 442-2348

Kristin M.V. Krueger*
KOLEY JESSEN P.C., L.L.O.
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Telephone: (402) 343-3878
Facsimile:  (402) 390-9005
* *Application for Pro Hac Vice Admission Forthcoming*

Attorneys for Defendants
NATIONAL PECAN SHELLING OPERATIONS, LLC
and NATIONAL PECAN COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PECAN SHELLING OPERATIONS, LLC; and NATIONAL PECAN COMPANY;<br><br>Defendants. | **Case No.: 2:18-cv-03170-TLN-DB**<br><br>**SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |

WHEREAS, on December 7, 2018, Plaintiff Continental Insurance Company

("Continental") filed a Complaint against Defendants National Pecan Shelling Operations, LLC

d/b/a National Pecan Company and National Pecan Company (collectively, "National Pecan");

WHEREAS, Continental served National Pecan with the Complaint on December 11,

2018;

SECOND STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT;
ORDER

WHEREAS, under Fed. R. Civ. P. 12(a)(1)(A)(i), National Pecan's response to the Complaint was initially due on January 2, 2019;

WHEREAS, National Pecan's counsel conferred with Continental's counsel regarding an extension of time for National Pecan to respond to the Complaint;

WHEREAS, on December 21, 2018, pursuant to Eastern District of California Local Rule 144(a), the parties filed a *Stipulation Regarding Extension of Time to Respond to Complaint* (Doc. 9), thereby extending the deadline for National Pecan to answer or otherwise respond to the Complaint to January 30, 2019;

WHEREAS, since that date, National Pecan has been investigating the factual and legal allegations set forth in the Complaint, including the basis for subject matter jurisdiction, personal jurisdiction, and venue in this Court;

WHEREAS, Continental's sole basis for subject matter jurisdiction in this Court is diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1, ¶ 4);

WHEREAS, National Pecan is a limited liability company. Accordingly, National Pecan has been investigating the citizenship of its members to determine whether or not diversity jurisdiction exists. The membership of National Pecan is complex and has led to a lengthy investigation by National Pecan regarding the existence of diversity jurisdiction under § 1332;

WHEREAS, National Pecan seeks a seven (7) day extension on its existing deadline to answer or otherwise respond to the Complaint based on National Pecan's ongoing investigation regarding whether or not diversity jurisdiction may exist;

WHEREAS, Continental has agreed to extend National Pecan's existing deadline to answer or otherwise respond to the Complaint for an additional seven (7) days for National Pecan to further investigate whether or not diversity jurisdiction exists in this case.

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT:

1.      The deadline for National Pecan to answer or otherwise respond to Continental's Complaint shall be extended for seven (7) days, through and until February 6, 2019.

DATED: January 28, 2019                    HANSON BRIDGETT LLP


                                           By:  _____/s/ Candice P. Shih_____
                                                ANDREW W. STROUD
                                                CANDICE P. SHIH
                                                Attorneys for Defendants NATIONAL PECAN
                                                SHELLING OPERATIONS, LLC
                                                and NATIONAL PECAN COMPANY


DATED: January 28, 2019                    GIBSON ROBB & LINDH LLP


                                           By:  _____/s/ Joshua E. Kirsch_____
                                                JOSHUA E. KIRSCH
                                                ANNA GOURGIOTOPOULOU
                                                Attorneys for Plaintiff CONTINENTAL
                                                INSURANCE COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: February 4, 2019


                                           _____
                                           Troy L. Nunley
                                           United States District Judge

15205824.1