Andrew W. Stroud (SBN 126475)
astroud@hansonbridgett.com
Candice P. Shih (SBN 294251)
cshih@hansonbridgett.com
HANSON BRIDGETT LLP
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:     (916) 442-3333
Facsimile:     (916) 442-2348

Kristin M.V. Krueger*
KOLEY JESSEN P.C., L.L.O.
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Telephone: (402) 343-3878
Facsimile: (402) 390-9005
*Application for Pro Hac Vice Admission Forthcoming*

Attorneys for Defendants
NATIONAL PECAN SHELLING OPERATIONS, LLC
and NATIONAL PECAN COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PECAN SHELLING OPERATIONS, LLC; and NATIONAL PECAN COMPANY;<br><br>Defendants. | Case No.: 2:18-cv-03170-TLN-DB<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT (THIRD) AND EXTENSION OF TIME TO COMPLETE RULE 26(f) CONFERENCE AND ORDER** |

WHEREAS, on December 7, 2018, Plaintiff Continental Insurance Company ("Continental") filed a Complaint against Defendants National Pecan Shelling Operations, LLC d/b/a National Pecan Company and National Pecan Company (collectively, "National Pecan");

WHEREAS, Continental served National Pecan with the Complaint on December 11, 2018;

WHEREAS, under Fed. R. Civ. P. 12(a)(1)(A)(i), National Pecan's response to the Complaint was initially due on January 2, 2019;

WHEREAS, National Pecan's counsel conferred with Continental's counsel regarding an extension of time for National Pecan to respond to the Complaint;

WHEREAS, on December 21, 2018, pursuant to Eastern District of California Local Rule 144(a), the parties filed a *Stipulation Regarding Extension of Time to Respond to Complaint* (Doc. 9), thereby extending the deadline for National Pecan to answer or otherwise respond to the Complaint to January 30, 2019;

WHEREAS, National Pecan has been investigating the factual and legal allegations set forth in the Complaint, including the basis for subject matter jurisdiction, personal jurisdiction, and venue in this Court;

WHEREAS, Continental's sole basis for subject matter jurisdiction in this Court is diversity jurisdiction under 28 U.S.C. § 1332 (Doc. 1, ¶ 4);

WHEREAS, National Pecan is a limited liability company. Accordingly, National Pecan has been investigating the citizenship of its members to determine whether or not diversity jurisdiction exists. The structure of National Pecan is complex and has led to a lengthy investigation by National Pecan regarding the existence of diversity jurisdiction under § 1332;

WHEREAS, on January 28, 2019, National Pecan and Continental filed a *Second Stipulation Regarding Extension of Time to Respond to Complaint and [Proposed] Order* (Doc. 10) pursuant to National Pecan and Continental's agreement to provide National Pecan with a seven (7) day extension on its existing deadline to answer or otherwise respond to the Complaint based on National Pecan's ongoing investigation regarding whether or not diversity jurisdiction may exist, making such deadline February 6, 2019;

WHEREAS, since January 28, 2019, National Pecan has provided Continental with information and documents regarding its citizenship for purposes of determining whether or not diversity jurisdiction exists;

WHEREAS, National Pecan and Continental have agreed to extend National Pecan's existing answer/response deadline until February 18, 2019, to provide the parties with additional time to communicate regarding National Pecan's citizenship and whether or not diversity jurisdiction may exist;

WHEREAS, the Court's *Initial Pretrial Scheduling Order* (Doc. 5) requires that the parties confer as required by Federal Rule of Civil Procedure 26(f) on or by February 12, 2018. The parties have agreed to extend this date based on the ongoing investigation and discussions regarding the existence of diversity jurisdiction and the agreed-upon extension on National Pecan's answer/response deadline. The parties agree to hold this conference on or by February 26, 2019 (fourteen (14) days after the existing deadline).

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT:

1. The deadline for National Pecan to answer or otherwise respond to Continental's Complaint shall be extended through and until February 18, 2019.
2. The deadline for National Pecan and Continental to confer as required by Federal Rule of Civil Procedure 26(f) is February 26, 2019.

Dated: February 5, 2019      HANSON BRIDGETT LLP

By: */s/ Candice P. Shih*
ANDREW W. STROUD
CANDICE P. SHIH
Attorneys for Defendants NATIONAL PECAN SHELLING OPERATIONS, LLC
and NATIONAL PECAN COMPANY

| | |
|---|---|
| Dated: February 5, 2019 | GIBSON ROBB & LINDH LLP |

By: <u>*/s/ Anna Gourgiotopoulou*</u>
    JOSHUA E. KIRSCH
    ANNA GOURGIOTOPOULOU
    Attorneys for Plaintiff CONTINENTAL
    INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2019

_____
Troy L. Nunley
United States District Judge