JOSHUA E. KIRSCH (179110)
ANNA GOURGIOTOPOULOU (304998)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: jkirsch@gibsonrobb.com
awald@gibsonrobb.com

Attorneys for Plaintiff
CONTINENTAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PECAN SHELLING OPERATIONS, LLC; and NATIONAL PECAN COMPANY;<br><br>Defendants. | Case No. 2:18-cv-03170-TLN-DB<br><br>**STIPULATION TO STAY ACTION PENDING CONTRACTUAL ARBITRATION AND ORDER** |

Plaintiff Continental Insurance Company ("Plaintiff") and Defendants National Pecan Shelling Operations, LLC d/b/a National Pecan Company and National Pecan Company (collectively, "National Pecan"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on December 7, 2018, Plaintiff filed a Complaint (Doc. 1) against National Pecan;

/ / /

/ / /

STIPULATION TO STAY ACTION PENDING CONTRACTUAL ARBITRATION AND ORDER
Case No. 2:18-cv-03170-TLN-DB; Our File No. 5476.63

1

| | |
|---|---|
| 1 | WHEREAS, on December 21, 2018, pursuant to Eastern District of California Local Rule |
| 2 | 144(a), the parties filed a *Stipulation Regarding Extension of Time to Respond to Complaint* |
| 3 | (Doc. 9), thereby extending the deadline for National Pecan to answer or otherwise respond to |
| 4 | the Complaint to January 30, 2019; |
| 5 | WHEREAS, on January 28, 2019, the parties filed a *Second Stipulation Regarding* |
| 6 | *Extension of Time to Respond to Complaint and [Proposed] Order* (Doc. 10) pursuant to |
| 7 | National Pecan and Plaintiff's agreement to provide National Pecan with a seven (7) day |
| 8 | extension on its existing deadline to answer or otherwise respond to the Complaint based on |
| 9 | National Pecan's ongoing investigation regarding whether or not diversity jurisdiction may exist, |
| 10 | making such deadline February 6, 2019; |
| 11 | WHEREAS, on February 5, 2019, the parties filed a *Third Stipulation Regarding* |
| 12 | *Extension of Time to Respond to Complaint and [Proposed] Order* (Doc. 11), agreeing to further |
| 13 | extend National Pecan's existing answer/response deadline until February 18, 2019, to provide |
| 14 | the parties with additional time to communicate regarding National Pecan's citizenship and |
| 15 | whether or not diversity jurisdiction may exist, and also agreeing to continue the Rule 26(f) |
| 16 | conference of counsel to February 26, 2019; |
| 17 | WHEREAS, National Pecan, based on its investigation and the information it has |
| 18 | communicated to Plaintiff, does not believe that diversity jurisdiction under 28 U.S.C. § 1332 |
| 19 | exists in this case. National Pecan expressly reserves and does not waive any claim, argument or |
| 20 | denial that this Court lacks subject matter jurisdiction over this lawsuit; |
| 21 | WHEREAS, in the course of their mutual investigation of the case, the parties have |
| 22 | discovered that the contractual dispute at issue is subject to the "SCTC Contract Terms and |
| 23 | Conditions for Dried Fruit, Tree Nuts and Kindred Products," (the "SCTC Terms and |
| 24 | Conditions") based on the Purchase Contracts between Plaintiff's insured and National Pecan |
| 25 | attached as Exhibit 1 to Plaintiff's Complaint (Doc. 1). The most recent version of the SCTC |
| 26 | Terms and Conditions available on SCTC's website are dated June 29, 2018, and attached as |
| 27 | **Exhibit 1**; |
| 28 | / / / |

STIPULATION TO STAY ACTION PENDING CONTRACTUAL ARBITRATION AND ORDER
Case No. 2:18-cv-03170-TLN-DB; Our File No. 5476.63

2

| | |
|---|---|
| 1 | WHEREAS, Item 30 of the June 29, 2018, SCTC Terms and Conditions is an arbitration |
| 2 | provision; |
| 3 | WHEREAS, the parties have agreed to arbitrate this dispute in accordance with Item 30 |
| 4 | of the June 29, 2018 SCTC Terms and Conditions attached as **Exhibit 1**; |
| 5 | WHEREAS, for the avoidance of any doubt, in accordance with Item 30 of the June 29, |
| 6 | 2018, SCTC Terms and Conditions attached as **Exhibit 1**, the parties agree that the place of |
| 7 | arbitration will be in California; |
| 8 | WHEREAS, for the avoidance of any doubt, in accordance with Item 30 of the June 29, |
| 9 | 2018, SCTC Terms and Conditions attached hereto as **Exhibit 1**, the parties agree that the |
| 10 | arbitration will be administered by JAMS pursuant to JAMS' "Streamlined Arbitration Rules & |
| 11 | Procedures," there will be one (1) arbitrator, and that arbitrator will be a JAMS arbitrator. The |
| 12 | parties agree that there are no other SCTC arbitration procedures that govern the arbitration, |
| 13 | including but not limited to the SCTC "Arbitration Procedures" dated November 14, 2017, |
| 14 | which appear to be outdated and based on a prior version of Item 30 of the SCTC Terms and |
| 15 | Conditions; |
| 16 | WHEREAS, National Pecan agrees not to challenge Plaintiff's ability to arbitrate this |
| 17 | dispute under Item 30 of the June 29, 2018, SCTC Terms and Conditions based on Plaintiff not |
| 18 | being a member of the SCTC; |
| 19 | WHEREAS, the parties further agree that the instant court proceedings before the United |
| 20 | States District Court for the Eastern District of California will be stayed pending arbitration and |
| 21 | until completion thereof; |
| 22 | WHEREAS, nothing in this stipulation shall preclude the voluntary dismissal of the |
| 23 | action at any time by the parties. |
| 24 | THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THAT: |
| 25 | 1. The parties will arbitrate the instant dispute in California pursuant to Item 30 of |
| 26 | the June 29, 2018, SCTC Terms and Conditions attached as **Exhibit 1**. There are |
| 27 | no other SCTC arbitration procedures that govern or are applicable to the |
| 28 | arbitration. |

STIPULATION TO STAY ACTION PENDING CONTRACTUAL ARBITRATION AND ORDER
Case No. 2:18-cv-03170-TLN-DB; Our File No. 5476.63

3

2. The instant action shall be stayed pending arbitration between the parties.

3. Nothing in this order shall preclude the voluntary dismissal of the action at any time by the parties.

Undersigned counsel for Plaintiff, Anna Gourgiotopoulou, certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule 131(e).

Respectfully submitted,

Dated: February 14, 2019  GIBSON ROBB & LINDH LLP

/s/ ANNA GOURGIOTOPOULOU
Joshua E. Kirsch
jkirsch@gibsonrobb.com
Anna Gourgiotopoulou
awald@gibsonrobb.com
Attorneys for Plaintiff
CONTINENTAL INSURANCE COMPANY

Dated: February 14, 2019  HANSON BRIDGETT LLP

/s/ CANDICE P. SHIH
Andrew W. Stroud
astroud@hansonbridgett.com
Candice P. Shih
cshih@hansonbridgett.com
Attorneys for Defendants
NATIONAL PECAN SHELLING OPERATIONS, LLC and NATIONAL PECAN COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2019

_____
Troy L. Nunley
United States District Judge

STIPULATION TO STAY ACTION PENDING CONTRACTUAL ARBITRATION AND ORDER
Case No. 2:18-cv-03170-TLN-DB; Our File No. 5476.63

4